**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**


ANNA CROSSLEY                                                              PLAINTIFF

v.                                          Case No. 14-2109

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                            DEFENDANT


<u>**ORDER**</u>

 The Court has received proposed findings and recommendations (Doc. 11) from Chief United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

 **IT IS SO ORDERED** this 7th day of May, 2015.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE